UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :
TIMOTHY L. JOHNSON,                    :
                                                :
                           Plaintiff,    :
                                                :                  24-CV-5291 (VSB)
                -against-                   :
                                                :                       **ORDER**
JIMMY K. LI and ALOHA EXPRESS, INC., :
                                                :
                           Defendants.  :
--------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On July 12, 2024, this matter was removed from the Supreme Court, County of the Bronx. (Doc. 1.) On July 22, 2024, Defendants filed their answer to the complaint. (Doc. 5.) On July 23, 2024, I entered an Order directing the parties to submit a joint letter and a proposed case management plan and scheduling order on or before August 6, 2024. (Doc. 6.) On August 5, 2024, counsel for Defendants filed a proposed case management plan and scheduling order, (Doc. 7-1), and an accompanying letter informing me that although he had emailed Plaintiff's counsel on July 26, 2024 to confer in advance of the required filings, to date, Plaintiff's counsel has not responded, (Doc. 7). Accordingly, it is hereby:

       ORDERED that Plaintiff file a letter on or before August 13, 2024 informing me whether he consents to the proposed case management plan and scheduling order filed by Defendants. If

Plaintiff fails to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 6, 2024
      New York, New York

Vernon S. Broderick
United States District Judge