UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
:
TIMOTHY L. JOHNSON,                                        :        24 Civ. 5291 (VSB)
:
               Plaintiff,                               :        ORDER
:
     - against -                                                  :
:
JIMMY K. LI and ALOHA EXPRESS, INC.,         :
:
              Defendants.                             :
:
-----------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        The parties are directed to inform the Court by no later than **February 4, 2025** as to whether they believe a settlement conference with the undersigned would be productive at this time or, alternatively, when they anticipate a settlement will be productive (*e.g.*, following the completion of depositions, following the close of all fact discovery).

        **SO ORDERED.**

Dated:     New York, New York
            January 28, 2025

                                              _____
                                              The Honorable Gary Stein
                                              United States Magistrate Judge