UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIMOTHY L. JOHNSON,

                        Plaintiff,                        24 Civ. No. 5291 (VSB) (GS)

     -against-

                                                               **VIDEO CONFERENCE**
JIMMY K. LI, *et al*,                                          **SCHEDULING ORDER**

                        Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This matter is scheduled for a Video Conference for **Thursday, May 29, 2025 at 10:00 a.m.** to discuss the issues raised by Defendants' letter dated May 22, 2025. (Dkt. No. 19). **The Court specifically directs that Alex Umansky, Esq., Plaintiff's counsel of record in this action, must appear at this conference.** The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [289 779 703 802 5]  Passcode: [gW9Gm7uf]**

      SO ORDERED.

DATED:     New York, New York
                May 23, 2025

                                                                 _____
                                                                 The Honorable Gary Stein
                                                                 United States Magistrate Judge