UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIMOTHY L. JOHNSON,

                              Plaintiff,                    **24 Civ. No. 5291 (GS)**

           -against-

                                                    **VIDEO STATUS CONFERENCE ORDER**

JIMMY K. LI and ALOGA EXPRESS,
INC.,

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        The Court held a Status Conference on May 29, 2025, pursuant to its May 23, 2025 Order. (Dkt. No. 21). The May 23 Order specifically directed that Alex Umansky, Esq., counsel of record for Plaintiff, must attend. Michael Biniakewitz, Esq., filed a Notice of Appearance for Plaintiff on May 28, 2025. (Dkt. No. 22). Defendants' counsel, Michael Noblett, Esq., attended today's conference, but no counsel of record for Plaintiff—neither Mr. Umansky nor Mr. Biniakewitz—were in attendance. As the Court ruled during the conference, Plaintiff must respond to Defendants' outstanding discovery requests, as described in the May 22, 2025 letter from Defendants' counsel (Dkt. No. 19), by no later than **Monday, June 23, 2025**. Further, this action is scheduled for a Video Status Conference on **Thursday, June 5, 2025 at 2:30 p.m.** to clarify Plaintiff's representation and discuss the parties' progress in the discovery process. The Court specifically directs that **both Mr. Umansky and Mr. Biniakewitz must appear** at this conference, unless, in the case of Mr. Umansky, he has submitted a proper motion to withdraw as counsel pursuant to Local Civil Rule 1.4 and the Court has granted his motion. The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: [Click here to join the meeting](#). **Meeting ID: [268 849 351 569 5]  Passcode: [mh3Rz9pa]**

**SO ORDERED.**

DATED:   New York, New York
         May 29, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge