UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

| | | |
|---|---|---|
| TIMOTHY L. JOHNSON, Plaintiff, | : | 24-CV-5291 (VSB) |
| -against- | : | **ORDER** |
| JIMMY K. LI and ALOHA EXPRESS, INC., Defendants. | : | |

---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On August 26, 2026, the parties appeared before me for a post-discovery status conference. Accordingly, I hereby ORDER that the parties meet and confer and file a proposed briefing schedule for Defendants' anticipated summary judgment motion no later than September 2, 2026. Moreover, I refer this case for settlement purposes to Magistrate Judge Gary Stein.

SO ORDERED.

Dated: August 26, 2026
New York, New York

Vernon S. Broderick
United States District Judge