**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
TIMOTHY L. JOHNSON,

Plaintiff,

-against-

JIMMY K LI, *et al.*,

Defendants.
---------------------------------------------------------------X

**24 Civ. No. 5291 (VSB) (GS)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

A video settlement conference in this matter is scheduled for **Monday December 21, 2026 at 1:00 p.m.** by Microsoft Teams. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. As stated therein, the parties must submit *ex parte* settlement letters to the Court no later than **Monday, December 14, 2026**

**SO ORDERED.**

DATED: New York, New York
November 24, 2026

The Honorable Gary Stein
United States Magistrate Judge